Case 18-20756-JNP    Doc 18    Filed 06/26/18    Entered 06/26/18 14:03:10    Desc Main
Document    Page 1 of 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN**

Thomas G. Egner, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

------------------------------------------------------------X
In re:                                          :       Chapter 13
                                                :
Thomas Power Jr,                                :       Case No. 18-20756
                                                :
                                                :       Hearing Date: June 1, 2018 at 10:00 A.M.
                                                :
                                                :       Judge: Honorable Jerrold N Poslusny
                    Debtor(s).                  :
------------------------------------------------------------X

**ORDER CONTINUING/EXTENDING AND / OR IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 18-20756-JNP    Doc 89-2    Filed 06/08/18    Entered 06/08/18 14:02:21    Desc
Proposed Order    Page 2 of 2

Debtors: Thomas Power Jr
Case No.: 18-20756
Caption: Order Granting Motion to Extend the Automatic Stay as to All Creditors
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that the Automatic Stay be and hereby is extended and/or imposed in the instant case as against all creditors for the duration of this Chapter 13 case or until further order of the Court.