UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN

Thomas G. Egner, Esq.
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

**Order Filed on June 26, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

-----------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Thomas Power Jr, | : | Case No. 18-20756 |
| | : | |
| | : | Hearing Date: June 1, 2018 at 10:00 A.M. |
| | : | |
| | : | Judge: Honorable Jerrold N Poslusny |
| Debtor(s). | : | |

-----------------------------------------------------------X

### ORDER CONTINUING/EXTENDING AND / OR IMPOSING THE AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: June 26, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtors:  Thomas Power Jr
Case No.: 18-20756
Caption: Order Granting Motion to Extend the Automatic Stay as to All Creditors
Page 2 of 2

**THIS MATTER** having been opened to the Court by Thomas G. Egner, Esquire, attorney for the debtors herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED** that the Automatic Stay be and hereby is extended and/or imposed in the instant case as against all creditors for the duration of this Chapter 13 case or until further order of the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Thomas J Power, Jr.  
    Debtor

Case No. 18-20756-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jun 26, 2018  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2018.  
db          +Thomas J Power, Jr.,    1011 Sussex Ave,    Deptford, NJ 08096-3023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2018 at the address(es) listed below:  
       Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
       Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, NA nj.bkecf@fedphe.com  
       Rebecca Ann Solarz    on behalf of Creditor    Quicken Loans Inc. rsolarz@kmllawgroup.com  
       Thomas G. Egner    on behalf of Debtor Thomas J Power, Jr. tegner@mcdowelllegal.com,  
       kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.com;mfunk@mcdowelllegal.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                              TOTAL: 5