NOTICE OF OBJECTION TO CONFIRMATION

WELLS FARGO BANK, NA has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

File with the Court an answer, explaining your position at:
**Clerk
U.S. Bankruptcy Court
400 Cooper Street, 4th Floor
Camden, NJ 08101**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054

Isabel C. Balboa, Trustee
Cherry Tree Corporate Center
535 Route 38 - Suite 580
Cherry Hill, NJ 08002

Attend the hearing scheduled to be held on August 15, 2018, in Courtroom 4C, in the CAMDEN Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court
400 Cooper Street, 4th Floor
Camden, NJ 08101**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: July 6, 2018

/s/ Nicholas V. Rogers
Nicholas V. Rogers, Esq.
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Tel: 856-813-5500 Ext. 42689
Fax: 856-813-5501
Email: nicholas.rogers@phelanhallinan.com

**File No. 811482**
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road
Mt. Laurel, NJ 08054
856-813-5500
FAX Number 856-813-5501
WELLS FARGO BANK, NA

| | |
|---|---|
| In Re:<br>    THOMAS J POWER, JR.<br><br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY CAMDEN VICINAGE<br><br>Chapter 13<br><br>Case No. 18-20756 - JNP<br><br>Hearing Date: 08/15/2018 |

  The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor, WELLS FARGO BANK, NA, the holder of a Mortgage on debtor residence located at 1011 SUSSEX AVE, DEPTFORD, NJ 08096 hereby objects to the Confirmation of the debtor's proposed Chapter 13 Plan on the following grounds:

1. Secured Creditor is WELLS FARGO BANK, NA.

2. THOMAS POWER, JR. and JAIME A. POWER A/K/A J POWER are the owners of the property located at 1011 SUSSEX AVE, DEPTFORD, NJ 08096.

3. On June 21, 2018, Secured Creditor filed a Proof of Claim listing pre-petition arrears in the amount of $24,585.48 and a post-petition monthly mortgage payment in the amount of $1,222.97.

4. Debtor's Plan fails to cure the delinquency pursuant to 11 U.S.C. §1322(b)(5).

5. Debtor's Plan currently provides for payment to Secured Creditor in the amount of $22,521.44.

6. Secured Creditor objects to Debtor's Plan as it is underfunded.  Debtor's Plan should be amended to fully fund the arrears owed to Secured Creditor. Absent a modification by the Debtor, confirmation of Debtor's proposed Plan should be denied.

      WHEREFORE, WELLS FARGO BANK, NA respectfully requests that the Confirmation of Debtor's Plan be denied.

                                                          /s/ Nicholas V. Rogers
                                                          Nicholas V. Rogers, Esq.
                                                          Phelan Hallinan Diamond & Jones, PC
                                                          400 Fellowship Road, Suite 100
                                                          Mt. Laurel, NJ 08054
                                                          Tel: 856-813-5500 Ext. 42689
                                                          Fax: 856-813-5501
                                                          Email: nicholas.rogers@phelanhallinan.com

Dated: July 6, 2018

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

811482
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, NA

In Re:

THOMAS J POWER, JR.

Case No: 18-20756 - JNP

Hearing Date: 08/15/2018

Judge: JERROLD N. POSLUSNY JR.

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, MICHAEL ROCKS:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents WELLS FARGO BANK, NA in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On July 6, 2018 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  July 6, 2018                         /s/ *MICHAEL ROCKS*
                                                 MICHAEL ROCKS

2

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Thomas J Power, Jr.<br>1011 Sussex Ave<br>Deptford, NJ 08096 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Jaime A. Power<br>a/k/a Jamie Power<br>1011 Sussex Ave<br>Deptford, NJ 08096 | Co-Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Thomas G. Egner, Esquire<br>46 West Main Street<br>Maple Shade, NJ 08052 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Isabel C. Balboa, Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

2

| | | |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br><br>☒ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.