47670

MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: (856)866-0100
Attorney for: Nissan Motor Acceptance Corporation
JM-5630

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | Case No. 18-20756(JNP) |
| THOMAS J. POWER, JR. | CHAPTER 13 |
| | Hearing Date: 1-8-19 |
| | CERTIFICATION OPPOSING DEBTOR'S |
| | MOTION TO REIMPOSE THE |
| | AUTOMATIC STAY |

NORMA ESTRADA certifies as follows:

1. I am employed by Nissan Motor Acceptance Corporation ("Nissan") and am familiar with the facts of this case.

2. On 12-11-18 Nissan received stay relief as a result of an uncontested motion for relief that it filed. Debtor now moves to reimpose stating that:

    a. He did not oppose the motion because he did not have the funds to come current, and,

    b. He has given his attorney $250 and will tender "additional funds" before the hearing.

3. Debtor's motion should be denied. At the present time his account is past due from July 20, 2018 to November 20, 2018. Arrears are $1214.14 plus late charges of $74.54 for **a total**

Page 1

47670

delinquency of $1288.78.  And, another payment of $245.53 will fall due on 12-20-18.

I CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.  I AM AWARE THAT IF ANY OF THE FOREGOING STATEMENTS MADE BY ME ARE WILLFULLY FALSE, I AM SUBJECT TO PUNISHMENT.

Dated:

IRVING, TX

*Norma Estrada*
Norma Estrada