Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18–20756–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas J Power Jr.
    aka Thomas J Power
    1011 Sussex Ave
    Deptford, NJ 08096

Social Security No.:
    xxx–xx–3269

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/28/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 28, 2019
JAN: kvr

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-20756-JNP
Thomas J Power, Jr.                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 2            Date Rcvd: Jan 28, 2019
                               Form ID: 148            Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 30, 2019.
db           +Thomas J Power, Jr.,    1011 Sussex Ave,    Deptford, NJ 08096-3023
cr           +WELLS FARGO BANK, NA,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
               Mt. Laurel, NJ 08054-3437
517557503     Citi Mortgage,    PO Box 6243,    Sioux Falls, SD 57117-6243
517557506    +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517557507    +Experian,    PO Box 4500,    Allen, TX 75013-1311
517580011     Nissan Motor Acceptance,    POB 660366,    Dallas, TX  75266-0366
517557509    +Nissan Motor Acceptance,    Attn: Bankruptcy,    P.O. Box 660360,    Dallas, TX 75266-0360
517557510    +Quicken Loans,    662 Woodward Avenue,    Detroit, MI 48226-3433
517557511    +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
               Trenton, NJ 08695-0245
517557512    +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
517557513     Wells Fargo Home Mor,    Attn: Bankruptcy,    Mac X7801-014    3476 Stateview Blvd,
               Fort Mill, SC 29715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 29 2019 00:36:36      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 29 2019 00:36:32      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517557504    +E-mail/Text: mdetitto@deptford-nj.org Jan 29 2019 00:37:03      Deptford Township,
               Attn: Tax Office,    1011 Cooper Street,    Deptford, NJ 08096-3076
517557505    +E-mail/Text: dtmua-am@deptford-nj.org Jan 29 2019 00:37:03      Deptford Township MUA,
               898 Cattell,    Wenonah, NJ 08090-1521
517557508    +EDI: IRS.COM Jan 29 2019 05:03:00      Internal Revenue Service,
               Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517630189    +E-mail/Text: bankruptcyteam@quickenloans.com Jan 29 2019 00:37:00      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
517560069    +EDI: RMSC.COM Jan 29 2019 05:03:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517605795     EDI: WFFC.COM Jan 29 2019 05:03:00      Wells Fargo Bank, N.A.,    Wells Fargo Bank, N.A.,
               Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,    Eagan MN 55121-7700
                                                                                            TOTAL: 8


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 28, 2019 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
            summarymail@standingtrustee.com
           John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
            ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
           Nicholas V. Rogers    on behalf of Creditor   WELLS FARGO BANK, NA nj.bkecf@fedphe.com
           Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com

```
District/off: 0312-1          User: admin           Page 2 of 2            Date Rcvd: Jan 28, 2019
                              Form ID: 148           Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Thomas G. Egner    on behalf of Debtor Thomas J Power, Jr. tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                TOTAL: 8